Annie Benson, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Determination unanimously affirmed, with costs and disbursements to the plaintiff, and judgment absolute directed in favor of plaintiff in accordance with the stipulation, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Anna Kunashevsky, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Betty K. Owen, Respondent, v. Goodwin-Gallagher Sand & Gravel Corp. and Colonial Sand & Stone Co., Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

The People of the State of New York, Respondent, v. Thomas Kapatos, Appellant.— Judgment unanimously affirmed under section 542 of the Code of Criminal Procedure. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Mary Bowers, an Infant, etc., and William Bowers, Appellants, v. City Bank Farmers Trust Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

The People of the State of New York ex rel. Denaro Realty Corporation, Respondent, v. James J. Sexton and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes for 1931, 1932, 1933, Two Proceedings for Each Year.) The People of the State of New York ex rel. Denaro Realty Corporation, Respondent, v. William Stanley Miller and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes for 1934, 1936, 1937, Two Proceedings for Each Year.) — Final orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Donald S. Stralem, as Executor, etc., of Casimir I. Stralem, Deceased, Respondent, against Mark Graves and Others, Constituting the State Tax Commission, and Another, Appellants.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Jacob C. Kroman, etc., Appellants, Pursuant to Article 78 of the Civil Practice Act, against Paul J. Kern, President, and Others, Constituting the Municipal Civil Service Commission of The City of New York, and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Mary Macfadden, Appellant, v. Bernarr Macfadden and Bernarr Macfadden Foundation, Inc., Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Cohn, JJ. [171 Misc. 482.]